UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAMON WILSON,<br><br>        Plaintiff,<br><br>       v.<br><br>D. MORENO et al.,<br><br>        Defendants. | No. ED CV 14-00513-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has also reviewed both sides' written objections to the Report and Recommendation and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

      IT IS HEREBY ORDERED that:

      1.    The Report and Recommendation is approved and accepted.

      2.    Defendants' motion for summary judgment is denied as to Plaintiff's excessive force claim against Defendants Hernandez and Moreno.

3. Defendants' motion to dismiss is granted as to Plaintiff's claims against Defendant Martinez and those claims are accordingly dismissed without prejudice.

Dated: March 2, 2016

_____
JOHN A. KRONSTADT
United States District Judge