# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON WILSON,<br><br>PLAINTIFF(S)<br><br>v.<br><br>D. MORENO, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED CV14-00513 JAK (DFMx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**<br><br>**JS-6** |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing; that the action be dismissed on the merits; and that the Defendants may recover from the Plaintiff its costs associated with the action, taxed in the sum of an amount to be determined upon the filing of the appropriate application.

Clerk, U. S. District Court

Dated: March 16, 2017          By _____
                                  Andrea Keifer, Deputy Clerk